UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA HALL )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>LIFE CARE CENTERS OF )<br>AMERICA, INC. (D/B/A LIFE )<br>CARE CENTER OF KANSAS CITY )<br>)<br>MICHELLE YOSICK )<br>)<br>    Defendants )  | Case No. 2:16-cv-02729-<br>JTM-KGG |

### NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY RESPONSES

COMES NOW, Plaintiff Pamela Hall and, by and through counsel, notifies the

Court that on June 9, 2017 she served by electronic mail in the above-captioned matter

Plaintiff's Answers to Defendant Life Care Center of America's First Interrogatories and

Plaintiff's Responses to Defendant Life Care Center of America's First Request for

Production (with documents sent by U.S. mail prepaid) as follows:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT

1

Respectfully Submitted,

**REAVEY LAW LLC**


By: __/s/ Patrick G. Reavey_____.
    Patrick G. Reavey KS# 17291
    Kevin C. Koc KS# 24953
    Livestock Exchange Building
    1600 Genessee, Suite 303
    Kansas City, MO 64102
    Ph: 816.474.6300
    Fax: 816.474.6302
    Email: preavey@reaveylaw.com
    Email: kkoc@reaveylaw.com
    Website: www.reaveylaw.com


**Certificate of Service**

      I hereby certify that on this 9th day of June 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT


          __/s/  Patrick G. Reavey_____.
                Patrick G. Reavey