UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA HALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:16-cv-02729- |
| ) | JTM-KGG |
| LIFE CARE CENTERS OF ) | |
| AMERICA, INC. (D/B/A LIFE ) | |
| CARE CENTER OF KANSAS CITY ) | |
| ) | |
| MICHELLE YOSICK ) | |
| ) | |
| Defendants ) | |

**NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS**

COMES NOW, Plaintiff Pamela Hall and, by and through counsel, notifies the Court that on July 20, 2017 she served by electronic mail in the above-captioned matter Plaintiff's First Requests for Production as follows:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT

1

Respectfully Submitted,

**REAVEY LAW LLC**

By: __/s/ Patrick G. Reavey_____.
　　Patrick G. Reavey KS# 17291
　　Kevin C. Koc KS# 24953
　　Livestock Exchange Building
　　1600 Genessee, Suite 303
　　Kansas City, MO 64102
　　Ph: 816.474.6300
　　Fax: 816.474.6302
　　Email: preavey@reaveylaw.com
　　Email: kkoc@reaveylaw.com
　　Website: www.reaveylaw.com

**Certificate of Service**

　　I hereby certify that on this 20th day of July 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT

　　__/s/  Patrick G. Reavey_____.
　　　　Patrick G. Reavey