UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA HALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:16-cv-02729- |
| ) | JTM-KGG |
| LIFE CARE CENTERS OF ) | |
| AMERICA, INC. (D/B/A LIFE ) | |
| CARE CENTER OF KANSAS CITY ) | |
| ) | |
| MICHELLE YOSICK ) | |
| ) | |
| Defendants ) | |

### NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS

COMES NOW, Plaintiff Pamela Hall and, by and through counsel, notifies the Court that on August 22, 2017 she served by electronic mail in the above-captioned matter Plaintiff's Second Requests for Production to Each Defendant as follows:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT

1

Respectfully Submitted,

**REAVEY LAW LLC**


By:   /s/ Patrick G. Reavey    .
     Patrick G. Reavey KS# 17291
     Kevin C. Koc KS# 24953
     Livestock Exchange Building
     1600 Genessee, Suite 303
     Kansas City, MO 64102
     Ph: 816.474.6300
     Fax: 816.474.6302
     Email: preavey@reaveylaw.com
     Email: kkoc@reaveylaw.com
     Website: www.reaveylaw.com


**Certificate of Service**

     I hereby certify that on this 1st day of September 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com
ATTORNEYS FOR DEFENDANT


      /s/ Patrick G. Reavey    .
      Patrick G. Reavey