**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **PAMELA HALL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:16-cv-02729-JTM-KGG |
| | ) | |
| **LIFE CARE CENTERS OF AMERICA,** | ) | |
| **INC. (D/B/A LIFE CARE CENTER OF** | ) | |
| **KANSAS CITY), et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Defendants Life Care Centers of America, Inc. and Michelle Yosick, by and through their undersigned counsel, hereby certify that on September 5, 2017, they served Defendants' Responses to Plaintiff's First Requests for Production of Documents to Each Named Defendant via email, in Adobe PDF format, to the following counsel of record:

Patrick G. Reavey
Kevin C. Koc
REAVEY LAW LLC
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO  64102
preavey@reaveylaw.com
kkoc@reaveylaw.com

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,


*/s/ Uzo N. Nwonwu*
Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2017, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to the following counsel of record:

Patrick G. Reavey
Kevin C. Koc
REAVEY LAW LLC
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO  64102
preavey@reaveylaw.com
kkoc@reaveylaw.com

ATTORNEYS FOR PLAINTIFF


*/s/ Uzo N. Nwonwu*
Attorney for Defendants


Firmwide:149921448.1 091608.1001