# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16-cv-02729-JTM-KGG |
| | ) |
| LIFE CARE CENTERS OF | ) |
| AMERICA, INC. (D/B/A LIFE CARE | ) |
| CENTER OF KANSAS CITY), et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS TO EACH NAMED DEFENDANT

Defendants Life Care Centers of America, Inc. ("Life Care") and Michelle Yosick ("Yosick") (collectively, "Defendants"), for their responses to Plaintiff's Second Requests for Production of Documents to Each Named Defendant, state as follows:

### REQUESTS FOR PRODUCTION

1. To the extent Plaintiff is ordered or stipulates to disclose the content of her Facebook account and information, all of Defendant Yosick's Facebook communication from between June 1, 2014 to the present that discusses, relates to or refers to the allegations of Plaintiff's complaint, Yosick's defenses, and/or Yosick's efforts to obtain replacement employment as a result of any job loss.

**RESPONSE: Defendants object to this request as seeking documents which are neither relevant nor proportional to Plaintiff's claims in this action. Defendants have produced Yosick's Facebook communications with or about Plaintiff (LCCA000177), which are responsive to this request and will not produce her**

communications regarding efforts to obtain employment as a result of any job loss or any additional unspecified Facebook communications requested.

2. To the extent Plaintiff is ordered or stipulates to disclose the content of her Facebook account and information, all of Jaimie Corradini.'s Facebook communication from between June 1, 2014 to the present that discusses, relates to or refers to the allegations of Plaintiff's complaint, and/or the defenses of Life Care Centers of America, Inc. ("LCCA").

RESPONSE: Defendants object to this request as seeking documents which are neither relevant nor proportional to Plaintiff's claims in this action. Life Care has produced Corradini's Facebook communications with or about Plaintiff (LCCA000178-181), which are responsive to this request and will not produce her communications regarding any additional unspecified Facebook communications requested. Yosick has no documents responsive to this request.

3. The .pst e-mail (or similar email file) of Jaimie Corradini from September 1, 2014 to the date LCCA received formal notice from the EEOC of Plaintiff's filing of a Charge of Discrimination.

RESPONSE: Defendants object to this request as overly broad and unduly burdensome as it seeks the entire .pst file, without limitation or specificity of Corradini for an almost two year period. Defendants further object to this request as seeking documents which are neither relevant nor proportional to Plaintiff's claims in this action. Life Care is conducting reasonable email searches, using the

2

search terms "Pam Hall" and "Pamela Hall" of Corradini's email for the period January 1, 2015 through May 9, 2016 – the date on which Life Care received Plaintiff's charge – and will provide non-privileged responsive documents from that search. Life Care is not producing additional documents based on its objections herein. Yosick has no responsive documents to this request.

4. The .pst e-mail (or similar email file) of Michelle Yosick from September 1, 2014 to the date LCCA received formal notice from the EEOC of Plaintiff's filing of a Charge of Discrimination.

**RESPONSE:** Defendants object to this request as overly broad and unduly burdensome as it seeks the entire .pst file, without limitation or specificity of Yosick for an almost two year period. Defendants further object to this request as seeking documents which are neither relevant nor proportional to Plaintiff's claims in this action. Life Care is conducting reasonable email searches, using the search terms "Pam Hall" and "Pamela Hall" of Yosick's email for the period January 1, 2015 through May 9, 2016 – the date on which Life Care received Plaintiff's charge – and will provide non-privileged responsive documents from that search. Life Care is not producing additional documents based on its objections herein. Yosick has no responsive documents to this request.

5. All e-mail communication of Michelle Yosick that refers or relates to her efforts to obtain replacement or new employment opportunities since January 1, 2014 to the present.

3

RESPONSE: Defendants object to this request as seeking documents which are neither relevant nor proportional to Plaintiff's claims in this action. Yosick's efforts to find employment either during her employment with Life Care or thereafter has no bearing on Plaintiff's claims in this action and is only sought in an effort to harass Yosick. Yosick is not producing documents regarding her efforts to obtain employment other than with Life Care. Her employment materials related to her efforts to obtain employment opportunities with and within Life Care are contained in her personnel file, which Life Care previously produced (LCCA000182-263). Life Care has no additional documents responsive to this request.

6. The e-mail communication of Jaimie Corradini from September 1, 2014 to the date LCCA received formal notice from the EEOC of Plaintiff's filing of a Charge of Discrimination that discusses or refers Pamela Hall or Michelle Yosick.

RESPONSE: Defendants object to this request as overly broad and unduly burdensome as it is not appropriately limited to any type of communication and is not sufficiently limited in time. As such, it seeks documents which are neither relevant nor proportional to Plaintiff's claims in this action. Email communication regarding Michelle Yosick, to the extent not limited in relation to Plaintiff have no bearing on this action. Life Care is conducting reasonable email searches, using the search terms "Pam Hall" and "Pamela Hall" of Corradini's email for the period January 1, 2015 through May 9, 2016 – the date on which Life Care received Plaintiff's charge – and will provide non-privileged responsive documents from that

4

search. Life Care is not producing additional documents based on its objections herein. Yosick has no responsive documents to this request.

Respectfully submitted,

/s/ Uzo N. Nwonwu
Anthony J. Romano, #13486
Uzo N. Nwonwu, #23492
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
aromano@littler.com
unwonwu@littler.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2017, the above and foregoing was served via email, in Adobe PDF format, to the following counsel of record:

Patrick G. Reavey
Kevin Koc
REAVEY LAW LLC
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO 64102
preavey@reaveylaw.com
kkoc@reaveylaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Uzo N. Nwonwu
Attorney for Defendants

5